THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM SULLIVAN, as trustee of the WILLIAM SULLIVAN TRUST 99, an Illinois Trust, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 18-cv-5655 ) ) |
| MERRIMACK MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Company. | ) **Honorable Robert W. Gettleman** ) ) ) |
| Defendant. | ) |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) between the Plaintiff, WILLIAM SULLIVAN, as trustee of the WILLIAM SULLIVAN TRUST 99, an Illinois Trust, and the Defendant, MERRIMACK MUTUAL FIRE INSURANCE COMPANY, a Massachusetts Company, that all matters in controversy have been settled and compromised to the satisfaction of all parties; and that further, this cause of action shall be dismissed with prejudice and without costs to any party herein.

Dated: August 26, 2019

/s/ Steven M. Laduzinsky                    /s/ Matthew P. Fortin

Steven M. Laduzinsky                         Michael L. Foran
Tracy Brdar Demaj                            Matthew P. Fortin
Laduzinsky & Associates, P.C.                Foran Glennon Palandech Pnozi & Rudloff, P.C.
216 S. Jefferson Street, Suite 301           222 N. LaSalle Street, Suite 1400
Chicago, Illinois 60611                      Chicago, Illinois 60601
admin@laduzinsky.com                         mfortin@fgppr.com
P: (312) 424-0700                            P: (312) 863-5041
F: (312) 424-2646                            *Attorneys for Defendant*
*Attorneys for Plaintiff*